## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| **RACHEL FRANK and DANIELLE COWETTE, on behalf of themselves and all others similarly situated,** | ) ) ) ) | Case No.:  1:18-cv-02452-CMC |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| **GOLD'S GYM OF AIKEN, SOUTH CAROLINA, GOLD'S GYM OF NORTH AUGUSTA, SOUTH CAROLINA, GOLD'S GYM OF AUGUSTA, GEORGIA (BOBBY JONES EXP.), GOLD'S GYM OF AUGUSTA, GEORGIA (WALTON WAY EXT.) and GOLD'S GYM OF EVANS, GEORGIA.** | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

Come now the Plaintiffs, Rachel Frank and Danielle Cowette, by and through the undersigned counsel of record, and hereby file their Answers to Local Rule 26.01 Interrogatories pursuant to the Local Rules of the United States District Court for the District of South Carolina as follows:

A.     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

   **ANSWER:  None.**

B.      As to each claim, state whether it should be tried jury or nonjury and why.

>  **ANSWER: The Plaintiffs are entitled to and seek a trial by jury on all claims set forth in the Complaint.**

C.      State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of more of the outstanding hares.

>  **ANSWER: The Plaintiffs in this matter are individuals.**

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

>  **ANSWER: The Aiken Division is the appropriate venue for this case because the alleged facts underlying Plaintiffs' claims occurred in part in this Division and the Defendants transact business in this District.**

E.      Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a

determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:  No**.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

September 5, 2018
Florence, South Carolina