UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| RACHEL FRANK and DANIELLE COWETTE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC, MUSCLE MEDIA GROUP, INC. and TEXTMUNICATION, INC.<br><br>Defendants. | Case No. 1:18-cv-02452-CMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TEXTMUNICATION, INC. *WITHOUT PREJUDICE*** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs RACHEL FRANK and DANIELLE COWETTE hereby dismiss, without prejudice, Defendant TEXTMUNICATION, INC. Defendant TEXTMUNICATION, INC. has not yet appeared in this action.

 This matter remains pending as to the Defendants SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC and MUSCLE MEDIA GROUP, INC.

Dated this 20th day of February, 2020.

By: *s/ Penny Hays Cauley*
Penny Hays Cauley, Esq.
HAYS CAULEY, P.C.
1303 W. Evans Street
Florence, South Carolina 29501
Telephone: (843) 665-1717
*Phc917@hayscauley.com*

Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #: 0249646

1

CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
*tommy@consumerjusticecenter.com*
*(Admitted Pro Hac Vice)*
Alexis M. Wood, Esq.
Kas L. Gallucci, Esq.
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103 Telephone: (619) 696-9006
*alexis@consumersadvocates.com*
*kas@consumersadvocates.com*
*(Admitted PRO HAC VICE)*

***ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS***