# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| RACHEL FRANK and DANIELLE COWETTE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC, MUSCLE MEDIA GROUP, INC. and TEXTMUNICATION, INC.<br><br>　　　　　　　　　　Defendants. | Case No. 1:18-cv-02452-CMC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs, Rachel Frank and Danielle Cowette, and Defendants, South Aiken Fitness, Inc., North Augusta Fitness, LLC, GGWW LLC, and GG Evans LLC, hereby notify the Court that they have resolved the Plaintiffs' claims against these specific Defendants only. The Parties are in the process of papering their settlement agreement, and expect to file a formal Stipulation of Dismissal of Defendants South Aiken Fitness, Inc., North Augusta Fitness, LLC, GGWW LLC, and GG Evans, LLC, with Prejudice within the next 60 days.

August 27, 2021

　　　　　　　　　　　　　　　　　　*/s/ Penny Hays Cauley*
　　　　　　　　　　　　　　　　　　Penny Hays Cauley, Fed. ID No. 10323
　　　　　　　　　　　　　　　　　　**HAYS CAULEY, P.C.**
　　　　　　　　　　　　　　　　　　1303 West Evans Street
　　　　　　　　　　　　　　　　　　Florence, SC 29501
　　　　　　　　　　　　　　　　　　(843) 665-1717
　　　　　　　　　　　　　　　　　　(843) 665-1718 Facsimile
　　　　　　　　　　　　　　　　　　phc917@hayscauley.com

Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #:   0249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
*tommy@consumerjusticecenter.com*
*(Admitted Pro Hac Vice)*

Alexis M. Wood, Esq.
Kas L. Gallucci, Esq.
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103 Telephone: (619) 696-9006
*alexis@consumersadvocates.com*
*kas@consumersadvocates.com*
*(Admitted Pro Hac Vice)*
***Attorneys For Plaintiffs***

**HUGGINS PEIL, LLC**
/s/ Jeffrey F. Peil
Jeffrey F. Peil
SC State Bar No. 967902
U.S. District Court ID No. 12957
jpeil@hugginsfirm.com
7013 Evans Town Center Blvd., Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063

**JOHN J. CZURA P.C.**
John J. Czura
GA State Bar No. 202950
john@czuralaw.com
3602 Wheeler Road
Augusta, Georgia 30909
Telephone: (706) 868-5254
*Admitted Pro Hac Vice*

***Attorneys for Defendants North Augusta Fitness, LLC, GGWW LLC, and GG Evans LLC***