# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| RACHEL FRANK and DANIELLE COWETTE, on behalf of themselves and all others similarly situated, | CA: 1:18-cv-02452-CMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC, and MUSCLE MEDIA GROUP, INC., | |
| Defendants. | |

This Court having been advised by counsel for Plaintiffs and Defendants South Aiken Fitness, Inc.; North Augusta Fitness, LLC; GGWW, LLC; and GG Evans, LLC that the above action has been settled between those parties,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice as to Defendants South Aiken Fitness, Inc.; North Augusta Fitness, LLC; GGWW, LLC; and GG Evans, LLC, and upon good cause shown within sixty (60) days, any party may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
    CAMERON McGOWAN CURRIE
    SENIOR UNITED STATES DISTRICT JUDGE

August 27, 2021
Columbia, South Carolina