# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| **RACHEL FRANK** and **DANIELLE COWETTE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC, MUSCLE MEDIA GROUP, INC.** and **TEXTMUNICATION, INC.,**<br><br>Defendants. | Case No.: **1:18-cv-02452-CMC** |

## NOTICE OF DISMISSAL

**COMES NOW** Defendant SOUTH AIKEN FITNESS, INC. d/b/a GOLD'S GYM OF AIKEN, SOUTH CAROLINA and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses its pending cross-claims against Muscle Media Group, Inc. and Textmunication, Inc.

Respectfully submitted,

Dated: September 2, 2021

**HUGGINS PEIL, LLC**
/s/ Jeffrey F. Peil
Jeffrey F. Peil
SC State Bar No. 967902
U.S. District Court ID No. 12957
jpeil@hugginsfirm.com
7013 Evans Town Center Blvd., Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063

**JOHN J. CZURA P.C.**
John J. Czura
GA State Bar No. 202950
john@czuralaw.com
3602 Wheeler Road
Augusta, Georgia 30909
Telephone: (706) 868-5254
*Admitted Pro Hac Vice*
*Attorneys for Defendant South Aiken Fitness, Inc.*

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record. Additionally, I have placed copies of the foregoing in the United States Mail, with adequate postage affixed thereto, addressed to the following:

**Muscle Media Group, Inc.**

c/o Registered Agent United States Corporation Agents, Inc.

3030 N. Rocky Point Dr. Ste. 150 A

Tampa, FL 33607

**Textmunication, Inc.**

c/o Yama Asefi

16 Dickson Lane

Martinez, CA 94553

By: /s/ Jeffrey F. Peil
Jeffrey F. Peil
*Attorney for Defendant South Aiken Fitness, Inc.*