# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| RACHEL FRANK and DANIELLE COWETTE, on behalf of themselves and all others similarly situated, | Case No. 1:18-cv-02452-CMC |
| Plaintiffs, | |
| v. | |
| SOUTH AIKEN FITNESS, INC., NORTH AUGUSTA FITNESS, LLC, GGWW LLC, GG EVANS LLC, MUSCLE MEDIA GROUP, INC. and TEXTMUNICATION, INC. | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Rachel Frank and Danielle Cowette, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses their pending claims against Muscle Media Group, Inc. without prejudice.

September 2, 2021

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #:   0249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

*tommy@consumerjusticecenter.com*
*(Admitted Pro Hac Vice)*

Alexis M. Wood, Esq.
Kas L. Gallucci, Esq.
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103 Telephone: (619) 696-9006
*alexis@consumersadvocates.com*
*kas@consumersadvocates.com*
*(Admitted Pro Hac Vice)*
***Attorneys For Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. Additionally, I have placed a copy of the foregoing in the U.S. Mail, postage prepaid, addressed to the following:

Muscle Media Group, Inc.
c/o Registered Agent United States Corporation Agents, Inc.
3030 N. Rocky Point Dr. Ste. 150 A
Tampa, Fl 33607

*/s/ Penny Hays Cauley*
Of Counsel